DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GLORIA MALLOL**,
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION,** AS TRUSTEE, ON BEHALF OF
THE HOLDERS OF THE ADJUSTABLE RATE MORTGAGE TRUST 2007-3
ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH
CERTIFICATES, SERIES 2007-3**, GLORIA E. BENCOSME** and
**BASILIO A. BENCOSME**,
Appellees.

No. 4D18-2463

[May 30, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE 08053377.

Howard Sohn of the Law Office of Howard Sohn, Boca Raton, for appellant.

Steven W. Schabacker and Diana Castiov of Wargo & French, LLP, Miami, for Appellee U.S. Bank National Association.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and CIKLIN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***